**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEVA LEMA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMFORT INN MERCED; COMFORT INN MERCED PARTNERSHIP; COMFORT INN MERCED HOSPITALITY; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants.<br>_____ | 1:10-cv-0362 OWW SMS<br><br>NOTICE OF TRANSFER OF CASE FOR CASE MANAGEMENT PURPOSES ONLY |
| NEVA LEMA,<br><br>            Plaintiff,<br><br>      v.<br><br>COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, INCLUSIVE<br><br>            Defendants.<br>_____ | 1:10-cv-1131 AWI SKO<br>NEW CASE NUMBER:<br>1:10-cv-1131 OWW SMS |

Pursuant to the agreement of the parties at the Scheduling Conference in case number 1:10-cv-0362 OWW SMS on July 14, 2010,

1

case number 1:10-cv-1131 AWI SKO is transferred for case management purposes only at this time, to the docket of Judge Wanger and Magistrate Judge Snyder.  The new case number which must be typed on all further pleadings in this case is:  1:10-cv-1131 OWW SMS. This is a related case as it involves the same plaintiff and similar issues of law related to handicap access and accomodation at hotel facilities.

IT IS SO ORDERED.

**Dated:   July 14, 2010**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE