1  Thimesch Law Offices
   TIMOTHY S. THIMESCH, ESQ. 148213
2    tim@thimeschlaw.com
   158 Hilltop Crescent
3  Walnut Creek, CA 94597-3452
   Tel: 925/588-0401
4
   Attorneys for Plaintiff GENEVA LEMA
5
   CRIS C. VAUGHAN, ESQ. 99568
6    ccvaughan@sbcglobal.net
   VAUGHAN & ASSOCIATES
7  6207 South Walnut Street, Suite 800
    Loomis, CA 95650
8  Telephone: 916-660-9401
   Facsimile: 916-660-9378
9
   Attorneys for Defendants
10 COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL;
   EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP
11

12                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
13

| 14 | GENEVA LEMA, | CASE NO. 1:10-CV-01131-OWW-SMS |
|---|---|---|
| 15 | Plaintiff, | Civil Rights |
| 16 | v. | |
| 17 | COURTYARD MARRIOTT MERCED; et al., | |
| 18 | / | |
| 19 | Defendants. | |
| 20 | GENEVA LEMA, | CONSOLIDATED ACTION FOR CASE MANAGEMENT PURPOSES |
| 21 | Plaintiff, | |
| 22 | v. | CASE NO. 1:10-CV-00362-OWW-SMS Civil Rights |
| 23 | COMFORT INN, MERCED; et al., | |
| 24 | Defendants. / | |

25 **TO THE COURT:**

26    The Court consolidated these actions for case management purposes. The Parties

27 continue to cooperate toward an early and cost effective resolution of both cases. They have

28 completed a cooperative site inspection and are in the process of exchanging consultant's

information and suggested solutions. Accordingly, and to facilitate these ongoing efforts while managing the litigation expenses of discovery, the Parties ask for an enlargement of approximately 120 days, or as follows:

| | |
|---|---|
| Non-Expert Discovery Close: | July 15, 2011 |
| Expert Disclosure Due: | July 1, 2011 |
| Last Day for Rebuttal Expert Disclosures: | August 1, 2011 |
| Expert Discovery Deadline: | August 12, 2011 |
| Last Day to File Non-Dispositive Motions: | October 6, 2011 |
| Last Day to File Dispositive Motions: | October 20, 2011 |
| Dispositive Motions Hearing | January 9, 2012 at 10:00 AM |
| Deadline to File Joint Pretrial Statements | January 30, 2012 |
| Pretrial Conference | February 6, 2012 at 11:00 AM |
| Trial – Comfort Inn Case | March 20, 2012 at 9:00 AM |
| Trial – Courtyard Marriot Case | April 17, 2012 at 9:00 AM |

1  SO STIPULATED.

2

3  Dated: March 31, 2011               TIMOTHY S. THIMESCH

4

5  _____
   Attorneys for Plaintiff
6  NEVA LEMA

7

8  Dated: March 31, 2011               CRIS C. VAUGHAN, ESQ.
                                       VAUGHAN & ASSOCIATES
9
                                       /s/ Authorized Signed
10                                     Attorneys for Defendants
                                       COURTYARD MARRIOTT MERCED;
11                                     COURTYARD MERCED INC.; KASTURI LAL;
                                       EDWIN K. ANTHONY; MAX'S PARTNERSHIP,
12                                     LLC; and MAX'S PARTNERSHIP

13                        **ORDER**

14     IT IS SO ORDERED.

15

16

17

18  IT IS SO ORDERED.

19     Dated:   **March 31, 2011**             **/s/ Oliver W. Wanger**
20                                             UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597
(925) 588-0401

3