**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorneys for Plaintiff NEVA LEMA

J.M. IRIGOYEN, Esq., No. 177626
2131 Amador St.
Fresno, CA 93721-1102
Telephone: (559) 233-3333
Facsimile: (559) 233-2434
jmirigoyen@me.com

Attorneys for Defendants COMFORT INN, MERCED; COMFORT INN MERCED PARTNERSHIP; COMFORT INN MERCED HOSPITALITY; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, Inclusive

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMFORT INN, MERCED; COMFORT INN MERCED PARTNERSHIP; COMFORT INN MERCED HOSPITALITY; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; MAX'S PARTNERSHIP; DOES 1 THROUGH 50, Inclusive,<br><br>　　　　Defendants.　　　　　　/ | CASE NO. 1:10-cv-00362-OWW-SMS<br>Civil Rights<br><br><br>STIPULATION AND ORDER RE BLUEPRINTS |

**TO THE COURT:**

WHEREAS the construction history of the hotel building located at 730 Motel Drive, Merced, California, (hereafter "Subject Building") is at issue in this case;

WHEREAS, the Custodian Of Records Of The City Of Merced Building and Planning Department (AKA The "City of Merced

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00362-OWW-SMS**

Building and Inspection Service"; hereafter referred to as "Building Department") is in possession of certain blueprints, schematics and drawings related to the design and construction of the subject building that are potentially relevant to the construction history and liability issues in this case, or will lead to the discovery of admissible evidence on such issues,

WHEREAS the Parties desire to obtain certified copies from the Building Department of these documents for discovery and evidentiary purposes,

WHEREAS Plaintiff has served a subpoena on the Building Department at **Exhibit 1**,

WHEREAS building departments in California (including the City of Merced Building Department) typically assert that blueprints, schematics and drawings are allegedly "privileged" material, and that the Building Department is constrained by Health & Safety Code Section 19851 from producing copies of such documents, even when served with a federal subpoena, i.e., unless, inter alia, they are ordered by the Court to do so,

AND WHEREAS the City of Merced Building Department has asserted such objection in this case (please see Objection at **Exhibit 2**), [1]/

---

[1] California Health and Safety Code Section 19851 provides that the official copy of building plans maintained by the building department of a city "may not be duplicated in whole or in part except (1) with the written permission, which permission shall not be unreasonably withheld as specified in subdivision (f), of the certified, licensed or registered professional or his or her successor, if

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00362-OWW-SMS**      — 2 —

1   WHEREFORE, The Parties Hereby request that the Court order
2   the Building Department to produce all blueprints, schematics and
3   drawings and any other allegedly privileged material requested by
4   ////

---

21   any, who signed the original documents and the written
22   permission of the original or current owner of the
23   building, or, if the building is part of a common interest
24   development, with the written permission of the board of
25   directors or governing body of the association established
26   to manage the common interest development, **or (2) by order**
27   **of a proper court or upon the request of any state**
28   **agency."**  (Emphasis added.)

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00362-OWW-SMS**   — 3 —

Plaintiff in the Subpoena at **Exhibit 1**.

**SO STIPULATED.**

Dated: August 26, 2011         TIMOTHY S. THIMESCH
                                THIMESCH LAW OFFICE

                                _/s/ Tim Thimesch_____
                                Attorneys for Plaintiff
                                NEVA LEMA

Dated: August 26, 2011         J.M. IRIGOYEN, ESQ.


                                /s/ Authorized Signed
                                Attorneys for Defendants
                                COMFORT INN, MERCED; COMFORT INN
                                MERCED PARTNERSHIP; COMFORT INN
                                MERCED HOSPITALITY; KASTURI LAL;
                                EDWIN K. ANTHONY; MAX'S
                                PARTNERSHIP, LLC; and MAX'S
                                PARTNERSHIP


**ORDER**


IT IS SO ORDERED.

   Dated:  **August 26, 2011**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Blueprints: Case No. 1:10-CV-00362-OWW-SMS**            — 4 —