UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,                             ) | NEW CASE NO.  1:10-cv-00362-SMS |
|        Plaintiff,         ) | |
| vs.                                               ) | ORDER ASSIGNING CASE |
|                       ) | RE: PRESIDING JUDGE |
| COMFORT INN, MERCED, et al.,  ) | |
|        Defendants.      ) | |

IT IS HEREBY ORDERED that this action be assigned solely to the docket of Magistrate Judge SANDRA M. SNYDER as Presiding Judge of the above-entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of  final judgment (Docs. 38 & 40).

## ALL FUTURE PLEADINGS SHALL BE CORRECTLY NUMBERED AS FOLLOWS:

**1:10-cv-00362-SMS**

IT IS SO ORDERED.

Dated:   October 24, 2011

                                       CHIEF UNITED STATES DISTRICT JUDGE