UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,              )<br>                    )<br>        Plaintiff,      )<br>                    )<br>vs.                 )<br>                    )<br>COMFORT INN, MERCED, et al.,   )<br>                    )<br>        Defendants.     )<br>_____) | NEW CASE NO.  1:10-cv-00362-SMS<br><br>ORDER ASSIGNING CASE<br>RE: PRESIDING JUDGE |

   IT IS HEREBY ORDERED that this action be assigned solely to the docket of Magistrate Judge SANDRA M. SNYDER as Presiding Judge of the above-entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of  final judgment (Docs. 38 & 40).

# ALL FUTURE PLEADINGS SHALL BE CORRECTLY NUMBERED AS FOLLOWS:

### 1:10-cv-00362-SMS

IT IS SO ORDERED.

Dated:   October 24, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE