**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
  tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff GENEVA LEMA

J.M. IRIGOYEN, Esq., No. 177626
2131 Amador St.
Fresno, CA 93721-1102
Telephone: (559) 233-3333
Facsimile: (559) 233-2434
jmirigoyen@me.com

Attorneys for Defendants
COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>　　　Plaintiff,<br><br>v.<br><br>COURTYARD MARRIOTT MERCED; et al.,<br><br>　　　Defendants.<br>_____ / | CASE NO. 1:10-cv-01131-SMS<br><br>**STIPULATED REQUEST AND <u>ORDER</u> TO ENLARGE SELECTED COORDINATED SCHEDULING ORDER DATE RE: DISPOSITIVE MOTIONS (Doc. 68 & Doc. 70 respectively)** |
| GENEVA LEMA,<br><br>　　　Plaintiff,<br><br>v.<br><br>COMFORT INN, MERCED; et al.,<br><br>　　　Defendants.<br>_____ / | CONSOLIDATED/RELATED ACTIONS FOR  CASE MANAGEMENT PURPOSES (Doc. 15 & Doc. 21 respectively)<br><br>CASE NO. 1:10-cv-00362-SMS |

**TO THE COURT:**

The Court consolidated/related these actions for case management purposes (Doc. 15 & Doc. 21 respectively).  The Defendants have not yet filed an Answer to the two First Amended Complaints, but instead have filed Motions in each case to Strike and/or for a More Definite

Statement.   So that this case may be at issue before dispositive motions are filed and heard, the Parties request the establishment of the following new deadline:

Last Day in Both Cases to File Dispositive Motions:         July 13, 2012

**SO STIPULATED.**

| | |
|---|---|
| Dated: June 19, 2012 | TIMOTHY S. THIMESCH |
| | /s/ Authorized Signed |
| | Attorneys for Plaintiff |
| | NEVA LEMA |
| Dated: June 19, 2012 | J.M. IRIGOYEN |
| | /s/ Authorized Signed |
| | Attorneys for Defendants |
| | COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP |

**ORDER**

1. The new dispositive motion filing deadline, in both cases (Doc. 34 respectively), is SET for 7/13/12.

2. The Pretrial Conference set 7/17/12 @ 11:00 a.m. in Courtroom No. 1 before Judge Snyder, in both cases (Doc. 42 respectively), is VACATED.

3. The Jury Trial set 9/24/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, in Case No. 10-1131 (Doc. 42 respectively), is VACATED.

4. The Jury Trial set 8/27/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, in Case No. 10-362 (Doc. 42 respectively), is VACATED.

IT IS SO ORDERED.

Dated:   **June 19, 2012**                    **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE