Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. 148213
  tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff GENEVA LEMA

J.M. IRIGOYEN, Esq., No. 177626
2131 Amador St.
Fresno, CA 93721-1102
Telephone: (559) 233-3333
Facsimile: (559) 233-2434
jmirigoyen@me.com

Attorneys for Defendants
COURTYARD MARRIOTT MERCED; COURTYARD MERCED INC.; KASTURI LAL; EDWIN K. ANTHONY; MAX'S PARTNERSHIP, LLC; and MAX'S PARTNERSHIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | CASE NO. 1:10-cv-01131-SMS |
| Plaintiff, | |
| v. | **STIPULATED REQUEST AND ORDER TO ENLARGE SELECTED COORDINATED SCHEDULING ORDER DATE RE: DISPOSITIVE MOTIONS (Doc. 68 & Doc. 70 respectively)** |
| COURTYARD MARRIOTT MERCED; et al., | |
| Defendants. | |
| GENEVA LEMA, | CONSOLIDATED/RELATED ACTIONS FOR CASE MANAGEMENT PURPOSES (Doc. 15 & Doc. 21 respectively) |
| Plaintiff, | |
| v. | CASE NO. 1:10-cv-00362-SMS |
| COMFORT INN, MERCED; et al., | |
| Defendants. | |

**TO THE COURT:**

The Court consolidated/related these actions for case management purposes (Doc. 15 & Doc. 21 respectively).  The Defendants have not yet filed an Answer to the two First Amended Complaints, but instead have filed Motions in each case to Strike and/or for a More Definite

Statement.   So that this case may be at issue before dispositive motions are filed and heard, the Parties request the establishment of the following new deadline:

 Last Day in Both Cases to File Dispositive Motions:  July 13, 2012

 **SO STIPULATED.**

Dated: June 19, 2012       TIMOTHY S. THIMESCH

              /s/ Authorized Signed
              Attorneys for Plaintiff
              NEVA LEMA

Dated: June 19, 2012       J.M. IRIGOYEN

              /s/ Authorized Signed
              Attorneys for Defendants
              COURTYARD MARRIOTT MERCED;
              COURTYARD MERCED INC.; KASTURI LAL;
              EDWIN K. ANTHONY; MAX'S PARTNERSHIP,
              LLC; and MAX'S PARTNERSHIP

## **ORDER**

1. The new dispositive motion filing deadline, <u>in both cases</u> (Doc. 34 respectively), is SET for 7/13/12.

2. The Pretrial Conference set 7/17/12 @ 11:00 a.m. in Courtroom No. 1 before Judge Snyder, <u>in both cases</u> (Doc. 42 respectively), is VACATED.

3. The Jury Trial set 9/24/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, <u>in Case No. 10-1131</u> (Doc. 42 respectively), is VACATED.

4. The Jury Trial set 8/27/12 @ 9:00 a.m. in Courtroom No. 1 before Judge Snyder, <u>in Case No. 10-362</u> (Doc. 42 respectively), is VACATED.

IT IS SO ORDERED.

 Dated: **June 19, 2012**      **/s/ Sandra M. Snyder**
                UNITED STATES MAGISTRATE JUDGE