UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>              Plaintiff,<br><br>   v.<br><br>COMFORT INN, MERCED, et al.,<br><br>              Defendants. | CASE NO. 1:10-cv-00362-SMS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT CORRECTED INJUNCTION<br><br>(Doc. 94) |

On April 3, 2013, this Court granted Plaintiff's motion for summary judgment, directing Plaintiff to prepare and submit to the Court a form of injunctive order requiring amelioration of the ADA violations at the Comfort Inn on or before April 15, 2013. Doc. 92. Although Plaintiff submitted the proposed injunctive order on April 15, 2013 (Doc. 94), the Court's review suggested that certain citations to applicable regulations might be in error. Due to the press of business, on April 17, 2013, the Court informally requested that Plaintiff double-check the proposed order and confirm the accuracy of the citations. Although Plaintiff represented that she would do so promptly, she has not yet confirmed the citations' accuracy.

Plaintiff is hereby ORDERED to either confirm the accuracy of the citations in the proposed injunctive order or to submit a revised order on or before June 28, 2013. Failure to respond to this order in a timely manner shall result in an order to show cause and possible sanctions.

IT IS SO ORDERED.

Dated:   June 19, 2013                              /s/ SANDRA M. SNYDER
                                                                              UNITED STATES MAGISTRATE JUDGE