# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | CASE NO. 1:10-cv-00362-SMS |
| Plaintiff, | ORDER ENLARGING TIME FOR PLAINTIFF'S SUBMISSION OF HER CLAIM FOR ATTORNEYS' FEES, EXPENSES, AND COSTS |
| v. | |
| COMFORT INN, MERCED, et al., | |
| Defendants. | (Doc. 102) |

On April 3, 2013, this Court granted Plaintiff's motion for summary judgment, directing Plaintiff to prepare and submit to the Court her claim for attorneys' fees, expenses of litigation, and costs on or before April 30, 2013.  Doc. 92.  On April 30, 2013, Plaintiff and Defendants stipulated to a 45-day enlargement of the time in which Plaintiff could submit her claim.  Doc. 95.  On June 17, 2013, the parties submitted to the Court a proposed stipulation to enlarge time indefinitely pending resolution of mediation scheduled for certain issues now pending before the Ninth Circuit Court of Appeals.  Doc. 102.

The Court declines to approve a stipulation providing an open-ended period for submission of Plaintiff's claim for attorneys' fees, expenses, and costs of the litigation before this Court.  Accordingly, the Court hereby ORDERS that Plaintiff shall submit to the Court her claim for attorneys' fees, expenses of litigation, and costs no later than ninety days from the date of this order.  No further enlargements of time shall be granted.

IT IS SO ORDERED.

**Dated:    June 19, 2013**                            **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE